Erica A. Maharg (Bar No. 279396)
George Torgun (Bar No. 222085)
SAN FRANCISCO BAYKEEPER
785 Market Street, Suite 850
San Francisco, California 94103
Telephone: (415) 856-0444
Facsimile: (415) 856-0443
Email: erica@baykeeper.org
Email: george@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>Plaintiff,<br>v.<br>MUOI PHAN dba B2 AUTO DISMANTLER,<br><br>Defendant. | Civil No. 5:15-cv-00208<br><br>NOTICE OF SETTLEMENT AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE<br><br>(Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*)<br><br>Magistrate Judge Paul S. Grewal |

TO THE COURT AND TO THE PARTIES:

PLEASE TAKE NOTICE that Plaintiff San Francisco Baykeeper ("Baykeeper") and Defendant Muoi Phan dba B2 Auto Dismantler ("B2 Auto") (collectively, the "Parties") have reached a tentative settlement in this action, which was executed by the Parties. As required by 33 U.S.C. section 1365(c)(3) and 40 C.F.R. section 135.5, a copy of the [Proposed] Consent Decree has been sent to the U.S. Department of Justice and the U.S. Environmental Protection Agency (collectively, the "Agencies") for a mandatory 45-day review period. Copies of the [Proposed] Consent Decree were sent to the Agencies via U.S. Certified Mail on January 21, 2015. Upon expiration of the 45-day review period, the Parties will request that the Court (1) approve and execute the [Proposed] Consent Decree, which provides for continuing Court jurisdiction over any disputes which may arise between the Parties under the agreement, and (2) approve and execute an Order dismissing the Complaint with prejudice.

In light of the 45-day statutory review period, which ends on or about March 8, 2015, Baykeeper respectfully requests that the Court vacate from its calendar the Case Management Conference scheduled for May 12, 2015 and associated deadlines, and issue an order that the Parties have until March 18, 2015 to file a motion to enter the [Proposed] Consent Decree.

WHEREFORE, Baykeeper respectfully requests that the Court approve and enter the [Proposed] Order below.

Dated:  January 22, 2015                                  Respectfully Submitted,

/s/ Erica A. Maharg
———————————————
Erica A. Maharg
Attorney for Plaintiff
SAN FRANCISCO BAYKEEPER

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the Case Management Conference set for May 12, 2015 and all associated deadlines are vacated. The Court sets March 18, 2015 as the deadline for the Parties to file a motion to enter the [Proposed] Consent Decree.

IT IS SO ORDERED

NORTHERN DISTRICT OF CALIFORNIA

Date: __January 30, 2015__          _____/s/ Paul S. Grewal_____

Magistrate Judge Paul S. Grewal

NOTICE OF SETTLEMENT AND REQUEST TO VACATE CMC, Case No. 5:15-cv-00208